FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 9 / 2019 ★

BROOKLYN OFFICE

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653143377
Cashier ID: smejia
Transaction Date: 09/09/2019
Payer Name: Daniel J. Harte
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Daniel J. Harte
 Case/Party: D-NYE-1-19-CV-001029-001
 Amount:      $505.00
----------------------------------
CASH
 Amt Tendered: $505.00
----------------------------------
Total Due:     $505.00
Total Tendered: $505.00
Change Amt:    $0.00
```